SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:    619-338-6500
Facsimile:    619-234-3815

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
LEANN PEDERSEN POPE (*Pro Hac Vice* application to be submitted)
  lpope@burkelaw.com
VICTORIA COLLADO (*Pro Hac Vice* application to be submitted)
  vcollado@burkelaw.com
ANDREW LEMAR (*Pro Hac Vice* application to be submitted)
  alemar@burkelaw.com
330 North Wabash, 22nd Floor
Chicago, Illinois  60611
Telephone:    312-840-7000
Facsimile:    312-840-7047

Attorneys for Defendant JPMORGAN CHASE BANK, N.A..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ILYA KOLESNIKOV and RINA KOLESNIKOV, individually and on behalf of others similar situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. CV-10-1577 EMC <br><br> **CLASS ACTION** <br><br> **STIPULATION TO EXTEND DEFENDANT JPMORGAN CHASE BANK, N.A.'S DEADLINE TO RESPOND TO THE COMPLAINT** <br>  ORDER <br><br> Courtroom C, 15th Floor <br> Judge:   Hon. Edward M. Chen <br><br> Complaint Filed:  April 13, 2010 |

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to
2  extend the time for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to
3  Plaintiffs' Complaint by twenty-eight (28) days, such that Chase must respond to the
4  Complaint on or before June 4, 2010.

6  SO STIPULATED.

8  Dated:  April 30, 2010

                           BROWNE WOODS GEORGE LLP

                           By          s/ Michael A. Bowse
                           _____

                           Attorneys for Plaintiffs
                           ILYA KOLESNIKOV and
                           RINA KOLESNIKOV, individually and on behalf
                           of others similar situated

Dated:  April 30, 2010

                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                           By          s/ Shannon Z. Petersen
                           _____

                           Attorneys for Defendant
                           JPMORGAN CHASE BANK, N.A.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*

Ilya Kolesnikov, *et al. v. JPMorgan Chase Bank, N.A.*
U.S.D.C., Northern District of California, San Francisco Branch
Case No. CV-10-1577 EMC

## PROOF OF SERVICE

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **April 30, 2010**, I served the following document(s) described as**:**

**STIPULATION TO EXTEND DEFENDANT JPMORGAN CHASE BANK, N.A.'S DEADLINE TO RESPOND TO THE COMPLAINT**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive email notices for this case:**

| | |
|---|---|
| Michael A. Bowse, Esq.<br>Eric M. George, Esq.<br>Browne Woods George LLP<br>2121 Avenue of the Stars Suite 2400<br>Los Angeles, CA  90067<br>Tel 310-274-7100; Fax 310-275-5697<br>Email: mbowse@dskbwg.com;<br>egeorge@bwgfirm.com; | Lead Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |
| Lee A. Weiss, Esq.<br>Rebecca Tingey, Esq.<br>Browne Woods George LLP<br>49 West 37th Street<br>New York, NY  10018<br>Tel 212-354-4901; Fax 212-354-4904<br>Email:  lweiss@bwgfirm.com;<br>rtingey@bwgfirm.com | *Pro Hac* Vice Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |
| David Mills Arbogast, Esq.<br>Arbogast and Berns LLP<br>6303 Owensmouth Ave., 10th Floor<br>Woodland Hills, CA  91367-2263<br>Tel 818-961-2000; Fax (818) 936-0232<br>Email: darbogast@law111.com | Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |

-1-

W02-WEST:8SZP1\402616146.1
Case No. CV-10-1577 EMC

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Gerson H. Smoger, Esq.<br>Steven M. Bronson, Esq.<br>Smoger & Associates<br>3175 Monterey Boulevard<br>Oakland, CA 94602-3560<br>Tel 510-531-4529; Fax 510-531-4377<br>Email: jessicatexasinjurylaw@gmail.com;<br>steven.bronson@gmail.com; | Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |
| 6 | Jeffrey K Berns, Esq.<br>Arbogast and Berns LLP<br>19510 Ventura Blvd., Suite 200<br>Tarzana, CA 91356<br>Tel 818-961-2000; Fax 818 654 5988<br>Email: jberns@law111.com | Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |
| 9 | Jennie L. Anderson, Esq.<br>Lori E. Andrus, Esq.<br>Andrus Anderson LLP<br>155 Montgomery St., Suite 900<br>San Francisco, CA 94104<br>Tel 416-986-1400; Fax 415-986-1474<br>Email: jennie@andrusanderson.com;<br>lori@andrusanderson.com | Attorneys for all Plaintiffs Ilya Kolesnikov and Rina Kolesnikov, individually and on behalf of all others similarly situated |
| 14 | LeAnn Pedersen Pope, Esq.<br>Victoria Collado, Esq.<br>Andrew D. LeMar, Esq.<br>Burke Warren Mackay & Serritella, PC<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611-3607<br>Tel 312-840-7013; Fax 312-840-7047<br>Email: lpope@burkelaw.com;<br>vcollado@burkelaw.com; alemar@burkelaw.com | Pro Hac Vice Attorneys for Defendant JPMorgan Chase Bank, N.A. |

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2010, at San Diego, California.

_____
Phyllis Chavez

-2-

W02-WEST:8SZP1\402616146.1
Case No. CV-10-1577 EMC

PROOF OF SERVICE