UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ILYA KOLESNIKOV and RINA KOLESNIKOV, individually and on behalf of others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. CV-10-1577 CW<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING THE JULY 20, 2010 CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 2, 4th Floor<br>Judge:   Hon. Claudia Wilken<br><br>Complaint Filed:  April 13, 2010 |

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS as follows:  The Court continues the Case Management Conference ("CMC") from July 20, 2010 at 2:00 p.m. to August 5, 2010.  The Parties shall file their joint case management statement at least seven days prior to the Case Management Conference.

IT IS SO ORDERED.

Dated:  7/12/2010

_____
HON. CLAUDIA WILKEN
UNITES STATES DISTRICT COURT JUDGE

-1-