UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ILYA KOLESNIKOV and RINA KOLESNIKOV, individually and on behalf of others similar situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No. CV-10-1577 CW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE AUGUST 5, 2010 HEARING AND CMC TO SEPTEMBER 9, 2010**<br><br>Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken<br><br>Complaint Filed:  April 13, 2010 |

1  Based on the stipulation of counsel, and good cause appearing, the Court
2 orders as follows:

4  The August 5, 2010 hearing on JPMorgan Chase Bank, N.A.'s Motion to
5 Dismiss and the Case Management Conference are continued to September 9, 2010,
6 without prejudice to the rights of the parties to seek further relief in the event Plaintiffs
7 decide to amend or dismiss their Complaint.  In the event the parties do not seek and obtain
8 further relief, Chase shall file its reply in support of its Motion to Dismiss by no later than
9 August 26, 2010, and the parties shall file their joint case management statement by no
10 later than September 2, 2010.

12  IT IS SO ORDERED.

14 Dated: 7/23/2010

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE