| | |
|---|---|
| BROWNE WOODS GEORGE LLP<br>Eric M. George (No. 166403)<br>egeorge@bwgfirm.com<br>Michael A. Bowse (No. 189659)<br>mbowse@bwgfirm.com<br>2121 Avenue of the Stars, 24th Floor<br>Los Angeles, California  90067<br>Tel: 310.274.7100 -- Fax  310.275.5697 | SMOGER & ASSOCIATES<br>Gerson H. Smoger (SBN 79196)<br>Gerson@texasinjurylaw.com<br>Steven M. Bronson (SBN 246751)<br>steven.bronson@gmail.com<br>3175 Monterey Blvd<br>Oakland, California, 94602-3560<br>Tel 510.531.4529  -- Fax 510.531.4377 |
| ARBOGAST & BERNS<br>David M. Arbogast (SBN 167571)<br>darbogast@law111.com<br>Jeffrey K. Berns, Esq. (SBN 131351)<br>jberns@law111.com<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, California 91356<br>Tel 818. 961.2000  -- Fax 818.867.4820 | ANDRUS ANDERSON LLP<br>Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com<br>Lori E. Andrus  (SBN 205816)<br>lori@andrusanderson.com<br>155 Montgomery Street, 9th Floor<br>San Francisco, California 94104<br>Tel 415.986.1400 – Fax: 415.986.1474 |

Attorneys for Plaintiffs
Ilya Kolesnikov and Rina Kolesnikov,
on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILYA KOLESNIKOV and RINA KOLESNIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.  CV 10-1577-CW<br>Assigned to The Hon. Claudia Wilken<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW AND TAKE OFF CALENDAR DEFENDANT'S MOTION TO DISMISS, TO SET SEPTEMBER 14, 2010 AS THE DATE BY WHICH PLAINTIFFS SHALL FILE A MOTION FOR LEAVE TO AMEND, AND TO CONTINUE CMC**<br><br>Date:  September 9, 2010<br>Time:   2:00 p.m.<br>Courtroom 2, 4th Floor<br>Oakland Division<br><br>Complaint filed:  April 13, 2010 |

256666_1.DOC — - 1 - — [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO WITHDRAW, AMEND, AND CONTINUE

1  Pursuant to the Joint Stipulation of the parties to this action - Plaintiffs Ilya
2  and Lina Kolesnikov and Defendant JPMorgan Chase Bank, N.A. ("Chase") – as
3  follows
4  WHEREAS, Chase recently discovered a document modifying the home
5  mortgage loan of Plaintiffs Ilya and Lina Kolesnikov, and
6  WHEREAS, upon review and in light of that document and loan
7  modification, Plaintiffs desire to amend their complaint to substitute different
8  parties as plaintiff(s), and
9  WHEREAS, in light of Plaintiffs' desire to amend their complaint, it would
10 waste judicial and litigant resources to proceed with the presently pending Motion
11 to Dismiss, which is set for hearing on September 9, 2010, and
12 WHEREAS, in an effort to avoid unnecessary work by the Court on Chase's
13 Motion to Dismiss, Chase agrees to withdraw its motion, without prejudice, to
14 address Plaintiffs' anticipated motion for leave to amend, and
15 WHEREAS, Chase does not believe Plaintiffs have standing to file a motion
16 for leave to amend, and Chase reserves its right to oppose any such motion on any
17 and all grounds, and
18 WHEREAS, the parties further believe that judicial economy would be
19 served by continuing the Case Management Conference presently scheduled for
20 September 9, 2010 to a date after the Court has ruled on Plaintiffs' motion for leave
21 to amend,
22   AND GOOD CAUSE APPEARING THEREFOR,
23   IT IS HEREBY ORDERED THAT:
24 1. Chase's Motion to Dismiss, presently scheduled for hearing on
25 September 9, 2010, is withdrawn without prejudice; and
26 2. Plaintiffs shall file a motion for leave to amend their complaint on or
27 before September 14, 2010, and
28

3. The Case Management Conference shall be continued **to November 16, 2010 at 2:00 p.m.**

Dated: ___8/31/2010_____    _____
The Honorable Claudia Wilken
United States District Judge