UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ILYA KOLESNIKOV and RINA KOLESNIKOV, individually and on behalf of others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. CV-10-1577 CW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AND CONTINUING THE NOVEMBER 16 CMC TO COINCIDE WITH THE NOVEMBER 18 HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**<br><br>Courtroom 2, 4th Floor<br>Judge:   Hon. Claudia Wilken<br><br>Complaint Filed:  April 13, 2010 |

W02-WEST:8SZP1\402972813.1

CV-10-1577 CW

[PROPOSED] ORDER CONTINUING THE NOVEMBER 16 CMC TO COINCIDE WITH THE NOVEMBER 18 HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

1          Based on the parties stipulation of the parties filed as Document Number 31,

2    and good cause appearing, the Court continues the November 16, 2010 Case Management

3    Conference to coincide with the November 18, 2010 hearing at 2:00 p.m. on Plaintiffs'

4    motion to amend their Complaint.

5

6          IT IS SO ORDERED.

7

8    Dated:  10/12/2010

                              HON. CLAUDIA WILKEN

9                                  UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

ORDER CONTINUING THE NOVEMBER 16 CMC TO COINCIDE WITH
THE NOVEMBER 18 HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO
AMEND THEIR COMPLAINT